IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SIDNEY GAHAGAN, | No. C 12-3165 CW |
| | CR 11-0044 CW |
| Movant, | |
| v. | ORDER TO SHOW CAUSE ON 28 U.S.C. § 2255 MOTION |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Movant, a federal prisoner currently incarcerated at the Federal Correctional Institution in Herlong, California, filed this motion under 28 U.S.C. § 2255 to correct his sentence. Good cause appearing, the Court hereby issues the following orders:

1. The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

2. Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

3. If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 6/26/2012

CLAUDIA WILKEN
United States District Judge