UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD SIDNEY GAHAGAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | No. C-12-3165 CW <br> CR-11-0044 CW <br><br> [PROPOSED] ORDER GRANTING UNITED STATES' REQUEST TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 |

Pursuant to Crim. L. R. 47-3, and for the reasons stated in the United States' Request To Extend Deadline For Response To Defendant's Motion Under 28 U.S.C. § 2255, the United States has requested that the Court extend its response deadline to August 24, 2012. Specifically, the United States requested additional time to retrieve the complete file in the Petitioner's underlying criminal case. Additionally, counsel for the United States is unavailable from approximately August 4, 2012, through August 12, 2012.

**IT IS HEREBY ORDERED** that the United States' deadline to respond to defendant's motion under 28 U.S.C. § 2255 is extended to August 24, 2012.

DATED: 7/31/2012

_____
HON. CLAUDIA WILKEN
United States District Court Judge