IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SIDNEY GAHAGAN,<br><br>　　　　Movant,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent.<br>_____/ | No. C 12-3165 CW<br>　　CR 11-0044 CW<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY |

Movant has filed a notice of appeal of the Court's order denying his § 2255 motion and a request for certificate of appealability. Movant's right to appeal the Court's denial of his section 2255 motion is governed by 28 U.S.C. section 2253(c), which states,

> (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
>
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

28 U.S.C. § 2253(c)(1)-(3). The Ninth Circuit has interpreted the phrase "circuit justice or judge" to include district court judges. United States v. Asrar, 116 F.3d 1268, 1269-70 (9th Cir

1997). A certificate of appealability should be granted "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

The Court certifies in accordance with 28 U.S.C. section 2253 that, for the reasons set forth in the order denying the § 2255 motion, none of the issues raised in the motion involves a substantial showing of the denial of a constitutional right. The certificate of appealability is denied.

IT IS SO ORDERED.

Dated: 9/19/2013

CLAUDIA WILKEN
United States District Judge